IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KELLY McMINN a/k/a CAMILLA/KAYMA, an Individual, § § § Plaintiff, § § v. § § D. HOUSTON, INC. d/b/a § TREASURES; ALI DAVARI; HASSAN § DAVARI; and BILL DOE, § Individuals, § § Defendants. § | CIVIL ACTION NO. H-20-1246 |

### ORDER

Having carefully considered Defendants D. Houston, Inc. d/b/a Treasures, Ali Davari, and Hassan Davari's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (Docket Entry No. 11); Plaintiff Kelly McMinn's Response in Opposition to Defendant's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (Docket Entry No. 13); and Defendant's Reply in Support of Motion to Dismiss (Docket Entry No. 14), the court concludes that Defendant's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (Docket Entry No. 11) should be and is hereby **DENIED**.

**SIGNED** at Houston, Texas, on this the 6th day of July, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE