United States District Court
Southern District of Texas
**ENTERED**
August 31, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY McMINN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-1246 |
| | § | |
| D. HOUSTON, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 27, 2021, the Plaintiff notified the Court that a settlement has been reached in this action. Accordingly, this action is DISMISSED without prejudice to the right of counsel to move for reinstatement within thirty (30) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are DENIED without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

SIGNED at Houston, Texas, on this 31st day of August, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE